## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| KYRA POWELL, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY, LLC,<br><br>Defendant. | Case No. CV-09-CO-1800-LSC<br><br>DECLARATION OF PAUL HUGHES IN SUPPORT OF DEFENDANT AT&T MOBILITY LLC'S MOTION TO COMPEL ARBITRATION PURSUANT TO THE FEDERAL ARBITRATION ACT AND TO DISMISS ACTION |

I, Paul Hughes, hereby declare as follows:

1.  The following facts are of my own personal knowledge, and if called as a witness I could and would testify competently as to their truth.

2.  I am employed as an attorney by the law firm of Mayer Brown LLP.

3.  On October 12, 2009, I visited ATTM's web site at http://www.att.com/disputeresolution, which contains ATTM's current arbitration provision. A true and correct printout of that web page is attached as Exhibit 1.

4.  On October 12, 2009, I visited ATTM's web site at http://www.att.com/arbitration-information, which contains additional information about ATTM's arbitration procedures. A true and correct printout of that web page is attached as Exhibit 2.

5.  On October 12, 2009, I visited the Dispute Resolution Form page of AT&T Mobility's web site at http://www.att.com/arbitration-forms. True and correct printouts of the Notice of Dispute form and Arbitration Initiation form available at that page are attached as Exhibits 3 and 4, respectively.

6. On October 12, 2009, I visited the American Arbitration Association ("AAA") website at http://www.adr.org/sp.asp?id=22014, which contains a web page entitled "Supplementary Procedures for Consumer-Related Disputes." Attached hereto as Exhibit 5 is a true and correct printout of the print version of that web page.

7. On October 12, 2009, I visited the AAA website at http://www.adr.org/sp.asp?id=22440, which contains a web page entitled "Commercial Arbitration Rules." Attached hereto as Exhibit 6 is a true and correct printout of the print version of that web page.

8. On October 12, 2009, I visited the AAA website at http://www.adr.org/sp.asp?id=29041, which contains a web page with the subtitle "AAA Filing Forms." Attached hereto as Exhibit 7 is a true and correct printout of the document appearing at the "Consumer-Related Disputes" link of that web page.

9. On October 12, 2009, I visited the Virgin Mobile web site (at http://www.virginmobileusa.com/) and followed the link at the bottom of the page marked "Terms of Service." I then selected the link marked "Terms of Service – Contract." A true and correct printout of that web page (http://www.virginmobileusa.com/legal/terms-of-service-contract) is attached as Exhibit 8.

10. On October 12, 2009, I visited the Virgin Mobile web page entitled "Ready for Lift-Off! Virgin Mobile USA to Launch the Shuttle[;] Affordable and Exciting Handset from PCD Ready to Transport Exciting New Content and Streaming Video at 3G Speed for Under $100[;] EV-DO Handset Also Debuts VMU's First Mobile Web Packs" (at http://virginmobileusa.marketwire.com/easyir/prssrel.do?easyirid=13135DE328B72AB2&version=live&prid=467768).

The web page is dated September 10, 2008 and states that "the Shuttle, Virgin Mobile USA's first EV-DO handset, designed with high performance for data and content in mind," will be "[a]vailable exclusively at Best Buy Mobile and BestBuy.com as of September 28[, 2008]." Attached as Exhibit 9 is a true and correct printout of that web page.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on October 16, 2009 at Washington, DC.

*/s/ Paul Hughes*
Paul Hughes