# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KYRA POWELL, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>        Defendant. | Case No. 2:09-CV-01800-LSC<br><br>**STIPULATION REGARDING PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff Kyra Powell, by and through her counsel of record, and Defendant AT&T Mobility LLC ("ATTM"), by and through its counsel of record, hereby stipulate and agree as follows:

WHEREAS Plaintiff filed her initial complaint in this action (Dkt. No. 1) on September 8, 2009;

WHEREAS Plaintiff filed her First Amended Complaint (Dkt. No. 3) on September 14, 2009;

WHEREAS ATTM responded to the First Amended Complaint by filing a Motion to Compel Arbitration Pursuant to the Federal Arbitration Act and Dismiss Action (Dkt. No. 5) on October 16, 2009;

WHEREAS Plaintiff filed a Motion to Amend Complaint and a Proposed Second Amended Complaint (Dkt. No. 15) on November 16, 2009;

WHEREAS on November 16, 2009, the Court issued an Order (Dkt. No. 17)

directing Plaintiff to "file a statement explaining if and how she contends the proposed amended complaint affects Defendant's motion to compel arbitration and dismiss" and "whether Defendant opposed her motion to amend";

WHEREAS, having met and conferred regarding Plaintiff's motion to amend, ATTM does not oppose Plaintiff's motion, although ATTM preserves all challenges and defenses to the substance of the Second Amended Complaint;

WHEREAS the parties agree that the filing of the Second Amended Complaint would not affect Defendant's motion to compel arbitration and dismiss;

WHEREAS if the Court grants Plaintiff leave to amend, Federal Rule of Civil Procedure 15(a)(3) would require ATTM to respond to the Second Amended Complaint 10 days thereafter; and

WHEREAS the parties agree that ATTM's motion to compel arbitration and dismiss should be deemed ATTM's initial response to the Second Amended Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

(i) That ATTM does not oppose Plaintiff's Motion to Amend Complaint (Dkt. No. 15), but preserves all challenges and defenses to the substance of the Second Amended Complaint; and

(ii) That unless the Court directs otherwise, ATTM's Motion to Compel Arbitration Pursuant to the Federal Arbitration Act and Dismiss Action (Dkt. No.

5) is and will be ATTM's initial response to the Second Amended Complaint.

Dated:  November 19, 2009         DAVIS & NORRIS, LLP

                                  By:/s/John E. Norris_____
                                        John E. Norris

                                  D. Frank Davis
                                  John E. Norris
                                  Wesley W. Barnett
                                  Davis & Norris, LLP
                                  The Bradshaw House
                                  2154 Highland Avenue
                                  Birmingham, AL 35205
                                  Telephone:  (205) 930-9900
                                  Direct Dial:  (866) 731-2307
                                  Facsimile:  (205) 930-9989
                                  Email: fdavis@davisnorris.com;
                                     jnorris@davisnorris.com;
                                     wbarnett@davisnorris.com

                                  Attorneys for Plaintiff Kyra Powell

Dated:  November 19, 2009         JOHNSTON BARTON PROCTOR &
                                  ROSE LLP

                                  By: /s/Jeffrey E. Holmes_____
                                        Jeffrey E. Holmes

                                  Jeffrey E. Holmes (ASB-6330-L71J)
                                  JOHNSTON BARTON PROCTOR
                                  & ROSE LLP
                                  Colonial Brookwood Center
                                  569 Brookwood Village
                                  Suite 901
                                  Birmingham, Alabama 35209
                                  Telephone:  (205) 458-9400
                                  Direct Dial:  (205) 458-9472
                                  Facsimile:   (205) 458-9500
                                  Email:  jeh@johnstonbarton.com

                                  Attorney for Defendant AT&T Mobility LLC